**FILED**

LAW OFFICES OF HENRIK MOSESI
HENRIK MOSESI ESQ. (SBN 189672)
360 EAST OLIVE AVENUE
BURBANK, CALIFORNIA 91502
Telephone: 818-551-9600
Facsimile: 888-667-5482

2009 MAR 18  PM 3: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. CALIF.
LOS ANGELES

BY _____

Attorney for Plaintiff
LEGALJIFFY.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LEGALJIFFY.COM, INC., a California
Corporation

　　　　　　　　Plaintiff,

　　　　　v.

LEGALCPU.COM, INC. a California
Corporation,

　　　　　　　　Defendant.

Case No. **CV09-1867 AHM JTLx**

**COMPLAINT**

**JURY DEMAND DEMANDED**

## I. OVERVIEW

Through this action, plaintiff LegalJiffy.com, Inc. ("LJ") brings federal and pendent state claims against defendant for unlawful copying of its website and unfair competition.

## II. JURISDICTION AND VENUE

1.　　The jurisdiction of this court is founded on 28 U.S.C. Section 1331 (federal question), and on 28 U.S.C. Section 1367(a) (supplemental jurisdiction).

2.　　This Court has personal jurisdiction over the defendant as the defendant has, upon information and belief, availed themselves of the state of California through maintaining

-1-

administrative and technical contacts for their infringing website in California, and by offering services for sale through their website in California, and through the copying and infringement of LJ's website in California, with the knowledge and intent that the copying would have an adverse effect upon LJ's ability to market and advertise its products and services to customers in California and elsewhere.

3.  Venue is proper in this judicial district under 28 U.S.C. Section 1391(b) in that a substantial part of the events or omissions giving rise to the claim occurred in this district, namely, the copying of the website of LJ, which is based in this district and maintains the server for its website in this district, and a substantial part of the property that is the subject of this action, namely, LJ's copyrights in its website, which is maintained on a server in this district, is situated in this district. Specifically, the defendants registered their website at an address in California, the defendants directly copied the website of LJ, which maintains its website on a server located in this district, and the defendants' actions are, upon information and belief, knowingly and intentionally aimed at adversely affecting LJ, which is located in this district and has customers in this district. Upon information and belief, the defendants also maintain a website that sells and ships products to customers in this district.

## III. PARTIES

4.  Plaintiff LJ is a corporation organized under the laws of the state of California, with its principal headquarters and place of business located in Burbank, California.

5.  Defendant LegalCPU.com, Inc. ("LegalCPU") is a corporation organized under the laws of the State of California with its principal headquarters and place of business located in Burbank, California.

6.  LJ is informed and believes that there may be additional parties that have

-2-

COMPLAINT

conspired with the defendant or materially contributed to the wrongdoing alleged in this complaint. LJ currently lacks information concerning the identity of these parties and reserves its right to amend this complaint as the identity of additional parties becomes known to LJ.

## IV. GENERAL ALLEGATIONS

A.    LJ and its business.

7.    LJ owns and operates the website Legaljiffy.com, through which it has marketed and sold various self-help legal documents since 2008.  LJ is attorney-owned and operated and has invested numerous hours in conducting legal research in the various self-help legal documents it offers for sale.  A typical page for a service contains an overview, process of getting started, and frequently asked questions in a separate box.  The Overview contains the benefits of purchasing the product along with a concise legal summary of the service.  The Process section contains the exact steps involved in providing information to LJ and the steps involved in finalizing the purchase.  The frequently asked questions box contains various common questions asked by potential customers and short and concise answers to the questions. These page contents have been developed and authored by LJ during months and hours of legal research.  Please see webpage printouts from LJ as of March 16, 2009 attached hereto and incorporated by reference as Exhibit "A".

B.    The Defendants.

8.    The Defendant has operated its site since at least December of 2005.  The website of LegalCPU.com has gone through a drastic change since its inception.  This drastic change in look, feel and content has been accomplished by wholesale copying of LJ's website, both in look, feel and by content. The duplication of LJ's work was done after LJ refused to partner with LegalCPU in or about June of 2008.

9.     The website, www.archive.org[1], documents the transformation of the website of LegalCPU from a site with literally no substantive content to a site which now is a literal copy of LJ's website including the services offered, clip art, and almost word for word copy of the Overview, Process and Frequently Asked Questions fields for services offered.  Please see printouts from archive.org related to defendant's website transformation attached hereto and incorporated by reference as exhibit "B".  Also, see webpage printouts from defendant's website as of March 16, 2009 attached hereto and incorporated by reference as Exhibit "C".

10.     In or about June, 2008, after having declined an offer to partner up with defendant, LJ noticed that defendant had begun copying the look, feel and content of LJ's website.  In fact, after LJ's site launched and LJ began offering services to the public, LJ received a call from customer asking for "Mick" regarding a small claims matter.  One of the principles of defendant is named Armik Simonian.  Armik commonly uses the nickname "Mick" in emails and calls to defendant's customers.  The customer who called LJ asking for Mick was in the process of purchasing the small claims services from LJ.  A representative of LJ had exchanged several emails with the customer with regards to her questions regarding small claims lawsuits.  It appears that the customer was confused by the website of defendant and mistakenly communicated with Mick via email and then called LJ and asking for Mick.

11.     On July 24, 2008, LJ's legal counsel sent defendant a cease and desist order.  The email was sent to all email addresses defendant provides on its website.  The emails were delivered to defendant as LJ received no notice that the emails were undeliverable.  Please see

---

[1] The website archive.org describes itself as "The Internet Archive, a 501(c)(3) non-profit, is building a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public."

-4-

the cease and desist order attached hereto and incorporated by reference as Exhibit "D". Defendant ignored the cease and desist order by refusing to respond in any form. In fact, defendant stepped up its copying of LJ's website.

12.     On July 27, 2008, LJ's legal counsel sent a "Demand for Removal of Offending Website" request to defendant's hosting company. The email demanded that the hosting company, RackSpace.com, remove defendant's website from its servers under Rackspace.com's "Authorized Use Policy." Please see email dated July 27, 2008 attached hereto and incorporated by reference as Exhibit "E".

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGMENT, 17 U.S.C. § 101 et seq.**
**(AGAINST LEGALCPU.COM)**

13.     LJ realleges and incorporates by reference the allegations in paragraphs 1 through 12 above as if fully set forth herein.

14.     LJ is the copyright owner in its website www.legaljiffy.com.

15.     The defendant, by and through its officers, directors and shareholders, met with LJ in August of 2008 in an effort to encourage LJ to go into partnership with LegalCPU. The advantage to LegalCPU to partner up with LJ was the obvious benefit of having an attorney-owned and operated website like LJ as a partner in a non-attorney owned and operated website like LegalCPU. The defendants thus had access to LJ's website and its content.

16.     The Defendants, after having failed to convince LJ to partner with it, copied and/or created derivative works from the LJ webpages.

17.     The Defendant's website at www.legalcpu.com is substantially similar to original protected elements of LJ's copyrighted webpages.

18.     The Defendant is not licensed or authorized by LJ to use its copyrighted works.

19.    At all times relevant, the Defendant obtained direct financial benefit from the infringement and had the right and ability to control the infringing conduct, and/or intentionally induced or encouraged the infringement.

20.    The foregoing acts of the Defendant constitute direct infringement, vicarious infringement and/or contributory infringement of LJ's exclusive rights in its copyrighted works under 17 U.S.C. § 106.

21.    LegalCPU has been and will continue to be damaged as a result of the Defendant's unlawful infringement of LJ's copyrighted works in an amount to be proven at trial.

22.    Upon information and belief, the Defendant's actions were intentional, willful, wanton and performed in disregard of the rights of LJ.

**SECOND CAUSE OF ACTION**
**TRADE DRESS INFRINGMENT, 15 U.S.C. § 1125(a)**
**(AGAINST LEGALCPU.COM)**

23.    LJ realleges and incorporates by reference the allegations in paragraphs 1 through 22 above as if fully set forth herein.

24.    The similarities between the design and presentation of the website www.legalcpu.com published in interstate commerce and www.legaljiffy.com 's distinctive content and features is likely to cause consumer confusion or cause mistake or to deceive as to LegalCPU's affiliation, connection or association with and/or endorsement or approval by the same source as LJ's webpages.

25.    At all times relevant, the Defendant exercised ownership or control over the www.legalcpu.com website and/or intentionally induced or encouraged the infringement of LJ's rights under 15 U.S.C. § 1125(a).

-6-

**COMPLAINT**

26. The foregoing acts of Defendant constitute false desgination of association, affiliation, connection, endorsement and/or approval under 15 U.S.C. § 1125(a) and/or vicarious or contributory infringement of LJ's rights under 15 U.S.C. § 1125(a).

27. Upon information and belief, Defendants have engaged in such false designation or origin, association, affiliation, connection, endorsement and/or approval willfully, deliberately, and in conscious disregard of LJ's rights, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

28. LJ has been damaged and will continue to be damaged, and Defendant have been unjustly enriched, by such unlawful conduct in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
### UNFAIR BUSINESS PRACTICES - (Cal. Bus. & Prof. Code §17200 et seq.)
### (AGAINST LEGALCPU.COM)

29. LJ realleges and incorporates by reference the allegations in paragraphs 1 through 28 above as if fully set forth herein.

30. The defendants' actions in copying LJ's website, and using LJ's page content, page look and feel and trade dress, for the purpose and with the consequence of passing itself off as a website related to or affiliated with LJ and for piggybacking and benefiting from the numerous hours of legal research conducted by LJ's attorney, is an unfair business practice within the meaning of sections 17200 et seq. of the California Business & Professions Code.

31. As a result of the defendants' unfair business practices, LJ is entitled to an injunction barring the defendants from continuing their unfair business practices, including an injunction barring them from continuing to use LJ's website look, feel, and content and from continuing to operate their website.

-7-

32.     LJ is further entitled under Business & Professions Code sections 17200 et seq. of restitution by the defendants of anything taken from them by way of their unfair business practices.

## JURY DEMAND

33.     Pursuant to Federal Rule of Civil Procedure section 38(b), LJ demands a trial by jury as to all issues so triable in this action.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff LegalJiffy.com, Inc. prays for the following relief:

1.     A preliminary injunction and permanent injunction enjoining and restraining the Defendant, their officers, agents, servants, employees and all persons in active concert or participation with them during the pendency of this action and thereafter from:

a.     Copying, distributing, displaying, creative derivative works or otherwise using protected elements of LJ's copyrighted works, including, but not limited to, LJ's website page contents, including Overview of services offered, Process, Frequently Asked Questions, overall page design, color, clip art, page look and feel;

b.     Copying LJ's distinctive trade dress in the design and presentation of each services offered on any website owned, operated or controlled by the Defendant individually or collectively; and

c.     Unfairly competing with LJ in any manner.

2.     An award of damages sustained by LJ pursuant to 17 U.S.C. section 504(b) and as other provided by law;

3.     An accounting of damages sustained by LJ pursuant to 17 U.S.C. section 504(b) and as otherwise provided by law;

COMPLAINT

4.    An award of statutory damages pursuant to 17 U.S.C. section 504(c) and as otherwise provided by law;

5.    An award of increased or exemplary damages pursuant to 17 U.S.C. section 1117, and California Business and Professions Code section 17200 et seq., including, but not limited to, treble damages, and as otherwise permitted by law;

6.    An award of LJ's costs of suit, including reasonable attorney's fees pursuant to 15 U.S.C. section 1117, 17 U.S.C. section 505, and as otherwise permitted by law;

7.    For an award of prejudgment and post-judgment interest; and

8.    For such other relief as the Court may deem just and proper.

Dated: March 17, 2009

**Law Office of Henrik Mosesi**

By:    _____
Henrik Mosesi, Esq.
Attorney for LegalJiffy.com, Inc.

-9-



**LegalJiffy**.com™

Create your legal documents in a jiffy

Home | About Us | Contact Us | Check Status
Call Toll Free: 800-238-5710
Live Chat

Welcome ! Login/Register

Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters



McAfee SECURE
TESTED DAILY 18-MAR

Authorize.Net
Merchant Services

**FAQs**

- Expungement
  Factual Innocence
- Bankruptcy
- Divorce
- Incorporation
- Limited Liability Company
- Name Change
- Power of Attorney
- Partnership Agreement
- Petition to Seal Court
- Prenuptial Agreement

**Business Formations**

- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**

- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters

## Create Your Legal Documents in a Jiffy



All you have to do is answer some simple question and leave the rest to us.

Most legal documents are ready for delivery to you within 24 hours.

Read more.

**Welcome!**
Our site has been created by a California attorney and a professional web developer to help you professionally draft court-approved legal documents such as expungement petitions, name change petitions, divorce petitions, emergency chapter 7 bankruptcy petitions, small claims lawsuits, promissory notes, Articles of Incorporation, Articles of Organizations (LLC), partnership agreements, power of attorney forms, and so much more.

**Each Document reviewed by California Attorney**



Each legal document in our forms bank has been drafted by a California licensed attorney. Rest assured that each legal document is reviewed by a California attorney before it is delivered to you.

✓ **About Us**                     Read more...



LegalJiffy.com™ is founded by a California attorney with over a decade of legal experience and a professional web developer.

**FAQs**

To better assist you in making an informed decision, please consult the FAQ.

Click here to get more...

About us | Terms of Use | Client Confidentiality
Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney |
Partnership Agreement | Prenuptial Agreement | Small Claims |
Copyright © 2008 legaljiffy.com, Inc. All rights reserved. Copyright/IP Policy.
website designed and developed by : www.ewebcraft.com

Exhibit A



Home | About Us | Contact Us | Check Status
Call Toll Free: 800-238-5710
Live Chat

**Create your legal documents in a jiffy**

Welcome ! Login/Register

| Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters |





Merchant Services

### Incorporation FAQs

- How can a shareholder be personally liable for a corporate loan or liability?
- What is a "close corporation"?
- How many people must I have in my corporation?
- Can I deduct business losses from my taxes?
- What is an S-Corporation?
- What are the requirements to be an S-Corporation?
- What is an Employer ID Number?

### Business Formations

- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

### Legal Documents

- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters



## Incorporation

**California**

Most legal documents are ready for delivery to you within 24 hours.

Read more...

Click here to file your Incorporation

Overview | Process | Prices

### Incorporation Overview:

A corporation is a separate legal entity, like a person, created by law. A corporation is able to enter into contracts, incur debts, and must pay taxes. The shareholders of a corporation are generally not personally liable for the corporation's debts or other liabilities with some exceptions. All corporations start out as C-corporations, where any income realized by the corporation is taxed at the corporate level and any dividends paid to its shareholders is taxed again. This is known as dual taxation. Corporations can however decide to be treated as S-corporations by filing certain forms with the IRS. By electing S-Corp status, corporate incomes passes through to its shareholders and is taxed at the shareholder level. In order to keep and maintain a corporation, one has to follow certain formalities, such as annual meetings, keeping minutes etc.... In return, corporations offer an excellent way to raise capital from investors in order to aid the growth of the business.

Incorporate your business and protect your personal assets from lawsuits and creditors. Just answer the following questions and we'll check the availability of your business name and prepare and file your articles of incorporation. Once the articles are filed, we'll mail your custom bylaws, resolutions, corporate kit and seal, sample business forms, Tax Identification forms and S Corp election documents. We'll also send you detailed instructions on how to hold your initial meeting to elect your directors, officers and adopt the bylaws.



### FAQs



To better assist you in making an informed decision please consult the FAQ.

Click here for FAQs...

## Incorporation:

**+ How can a shareholder be personally liable for a corporate loan or liability?**

The exceptions are if you sign a personally guarantee; if the corporation owes state or federal taxes or if you do unlawful things or unauthorized transactions through the corporation.

| + What is a "close corporation"? |
| + How many people must I have in my corporation? |
| + Can I deduct business losses from my taxes? |
| + What is an S-Corporation? |
| + What are the requirements to be an S-Corporation? |
| + What is a n Employer ID Number? |

### Corporate Members :



Generally there are 3 types of corporate members. Directors, Officers and Shareholders. Directors are given the responsibility of managing the corporation. They meet regularly and make decisions as the "board of directors." The number of directors are usually set forth in the articles of incorporation. Officers are in charge of the day-to-day operation of the corporation. For example, the president of the corporation will usually run the business and the chief financial officer will take care of the money matters such as writing the checks and managing the corporate funds. Shareholders are owners of the corporation in that they have paid a certain sum for their shares. At certain times, shareholders vote for the directors and they must vote to approve changes to the bylaws, sell stock, amend the articles of incorporation and etc.

**Email us: for more information**

### Simple 3 Step Process


Answer a few simple questions.


We will draft your Articles of Incorporation.


After the Articles are filed with the State, we will send you your articles and other documents in a Jiffy.

About us | Terms of Use | Client Confidentiality

Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney | Partnership Agreement | Prenuptial Agreement | Small Claims |



Create your legal documents in a jiffy

Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters



McAfee SECURE
TESTED DAILY 18-MAR

Authorize.Net
Merchant
Services

**LLC FAQs**

- What is the difference between a limited liability company and a limited liability partnership?

- What is the difference between a limited liability company and a limited liability partnership?

- Does California recognize single member limited liability companies?

- What is an agent for service of process?

- Who should not form an LLC?

**Business Formations**
- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**
- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters



## Limited Liability Company

Most legal documents are ready for delivery to you within 24 hours.

Read more...

Click here to file your Limited Liability Copany (LLC)

Overview | Process | Prices

### Limited Liablity Company (LLC) Overview:

The ease of a partnership and the protection of a corporation. Get an LLC and protect your personal assets. Start a new business and protect your personal assets by forming a Limited Liability Company (LLC). Unlike corporations, LLCs are easy to operate. You don't have to hold annual shareholder meetings since there are no shareholders in a LLC. You also don't have to record and keep minutes of meetings. LLCs have the same tax advantages of a corporation. LLCs can be taxed either as a corporation or have the pass-through tax effect of a partnership.

An LLC is owned by its member(s). Members are like shareholders in a corporation. Members can manage the day-to-day activities of the LLCs or elect a manager to run the LLCs. Members can appoint another member or a non-member to manage the LLCs. As of 1/1/2000 California recognized single-member LLCs. However to receive the tax advantages of a partnership, you must designate at least two members for the LLC.


Get Started

### FAQs



To beter assist you in making an informed decision please consult the FAQ.

Click here for FAQs

## Limited Liability Company (LLC):

+ What is the difference between a limited liability company and a limited liability partnership?

A limited liability company consists of one or more members which may be individuals, partnerships, limited partnerships, trusts, estates, associations, corporations, other limited liability companies or other business entities. The members of a limited liability company have limited liability similar to shareholders of a corporation and have pass-through

+ What is the difference between a limited liability company and a limited liability partnership?

+ Does California recognize single member limited liability companies?

+ What is an agent for service of process?

+ Who should not form an LLC?

### Limited Liability Company (LLC)



In an LLC, members own the business. Members have no personal liability, unless they guarantee a debt. Professional services cannot operate under an LLC. You can have a "one-member" LLC. Members and/or managers can run the business and make management decisions. LLC require very little paperwork to manage and meetings are normally not required. An operating agreement is recommended. If an LLC does not operate under an operating agreement, general LLC law of the State will apply. By having an operating agreement, one opts out of the general LLC statute of the state. An LLC can later be converted to a Limited Partnership or a corporation. LLCs offer an excellent way for small private business to operate with little formalities, but have limited liability and pass-through taxation.

**Email us: for more information**

### Simple 3 Step Process

 Get your LLC started by answering some simple questions.

 We'll then prepare and file your Articles of Organization

 Upon completion of your filing, the original Articles of Organization will be mailed to you in a Jiffy.

About us | Terms of Use | Client Confidentiality
Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney |
Partnership Agreement | Prenuptial Agreement | Small Claims |
Copyright © 2008 legaljiffy.com, Inc. All rights reserved. Copynight/IP Policy.
website designed and developed by : www.ewebcraft.com

 **LegalJiffy**.com™ Create your legal documents in a jiffy

Home | About Us | Contact Us | Check Status
Call Toll Free: 800-238-5710
Live Chat
Welcome ! Login/Register

| Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters |



**McAfee SECURE**
TESTED DAILY 13-MAR

**Authorize.Net**
Merchant
Services

**Partnership Agreement FAQs**

- Can we limit the authority of a partner in our agreement?
- How are decisions made in a partnership?
- Can a partner loan money for the partnership business?
- What should we name our partnership?
- Can we contribute other things to the partnership besides money?

**Business Formations**
- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**
- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters



## Partnership Agreement
### California

Most legal documents are ready for delivery to you within 24 hours.

Read more

Get Started with your Partnership Agreement

Overview | Process | Prices

### Partnership Agreement Overview:

Thinking of starting a business with another person? Don't start a business on a handshake. With a written partnership agreement, you can write down all issues that may come up in a business and avoid misunderstandings with your business partner in the future.

A partnership is a business owned by two or more people. Each partner has a role in running the business. Each partner can borrow and spend money for the business. On the other hand, each partner is liable for the debts of the partnership. Partners share in the profits according to their proportionate share. This is usually determined from the initial investment each partner makes in the business, but partners can agree on a different method in the agreement. Partnerships, as an entity, do not pay taxes. Each partner pays taxes on the income he receives from the business. Typically, a partnership ends when one partner leaves the business or dies. However, with a written partnership agreement, partners can decide ahead of time that the business can continue to operate even if one of them leaves. You can also decide what happens to a partner's share when he leaves; who can buy the shares, and how the departing partner's shares will be valued.

 **Get Started**

**FAQs**



To better assist you in making an informed decision please consult the FAQ.

Click here for FAQs.

## Partnership Agreement:

### Partnership Agreement Questions:

+ Can we limit the authority of a partner in our agreement?

Yes. The law of partnerships says that each partner has equal authority in the partnership. However, you can depart from this general law by having a written partnership where you can change the authority of a partner.

+ How are decisions made in a partnership?

+ Can a partner loan money for the partnership business?

+ What should we name our partnership?

+ Can we contribute other things to the partnership besides money?

### A Note on Limited Partnerships



A limited partnership is different than a general partnership. First, a Limited Partnership is run by at least one general partner. The partnership raises money by having limited partners invest money in the partnership. The limited partners do not have a role in running the business. Limited partners receive compensation in proportion to their investment in the business. Limited partners generally are not liable for claims against the limited partnership. Like general partnerships, limited partners as well as general partners pay taxes on the income they receive from the limited partnership.

**Email us: for more information**

### Simple 3 Step Process

 Complete the simple questionnaire.

 We create you Partnership Agreement:

 We will send your partnership agreement within hours along with specific instructions on how to follow up and complete the process

About us | Terms of Use | Client Confidentiality
Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney |
Partnership Agreement | Prenuptial Agreement | Small Claims |
Copyright © 2008 legaljiffy.com, Inc. All rights reserved. Copyright/IP Policy.
website designed and developed by : www.ewebcraft.com



**Create your legal documents in a jiffy**

| Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters |


TESTED DAILY 18-MAR


Merchant
Services

**Name Change FAQs**

- Do I need an attorney to do my name change petition?

- I am a victim of Domestic Abuse. Do I have to notify my spouse of my name change petition?

- Do I have to pay a court fee to file my petition?

- Why do I have to publish my name change request?

- How long does the name change process take?

- I filed a name change request and the court denied my request because I had a traffic ticket I hadn't paid. Is that legal?

- I am on probation. Can I change my name?

- I want to change my name to Barrack Obama. Can I do that?

- I want to change my name to Osama Bin Laden or Adolf Hitler. Why can't I do that?

**Business Formations**
- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**
- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters



## Minor or Adult Name Change
**California**

Most legal documents are ready for delivery to you within 24 hours.

*Read more.*

Click here to file your Name Change

| Overview | Process | Prices | Law Library: |

### Minor or Adult Name Change Overview:

Some attorneys charge fifteen hundred dollars to prepare name change petitions. Legally changing your name shouldn't be so expensive because it is not a complicated process. Legaljiffy.com can get your California name change petition and all required court documents prepared and mailed to you with specific instructions on how to legally change your name.


Get Started

### FAQs



To better assist you in making an informed decision please consult the FAQ.

Click here for FAQs

## Name Change:

+ Do I need an attorney to do my name change petition?

If you have two thousand dollars to waste, then make an appointment with an attorney. Otherwise, the process is simple and straightforward. You do not need an attorney to do a name change. We will prepare your paperwork in a jiffy and mail them to you with specific instructions.

+ I am a victim of Domestic Abuse. Do I have to notify my spouse of my name change petition?

+ Do I have to pay a court fee to file my petition?

+ Why do I have to publish my name change request?

+ How long does the name change process take?

+ I filed a name change request and the court denied my request because I had a traffic ticket I hadn't paid. Is that legal?

+ I am on probation. Can I change my name?

+ I want to change my name to Barrack Obama. Can I do that?

+ I want to change my name to Osama Bin Laden or Adolf Hitler. Why can't I do that?

## Name Change



Some attorneys charge fifteen hundred dollars to prepare name change petitions. Legally changing your name shouldn't be so expensive because it is not a complicated process. Legaljiffy.com can get your California name change petition and all required court documents prepared and mailed to you with specific instructions on how to legally change your name. All you do is file the forms with your local court, publish a notice with the local newspaper and attend a court hearing and get your name change order. It's that simple!

**Email us: for more information**

## Simple 3 Step Process

 Answer a few simple questions.

 We will prepare all required court forms

 We will mail you the prepared court forms within 24 hours with specific step-by-step instructions on how to file your petition and follow through to legally change your name



Create your legal documents in a jiffy

| Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters |




Merchant Services

**Small Claims FAQs**

- What is small claim's court?
- How much money can I ask for in Small Claims court?
- Do I have to pay a filing fee?
- Can I have an attorney represent me in small claims court?
- Can I appeal the judge's decision?
- Can I counter sue someone who is suing me in small claims court?
- Can I change the hearing date for my trial?
- How long will the trial take?
- How do I present my case in court?

**Business Formations**
- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**
- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters

## Small Claims
### California

 

**Don't take the law into your hands; take them to court!**
Most legal documents are ready for delivery to you within 24 hours.
Read more

Click here to file your Small Claims

Overview | Process | Prices | Before Suing

### Small Claims Overview:

Don't take the law into your hands; take them to court!  If someone owes you money or your landlord refuses to return your security deposit, or you were involved in an auto accident, you can file a small claims lawsuit to recover for your damages.  Small claims trials are scheduled usually within 45 to 60 days of the date of filing.  The trial is informal and no attorney can represent any of the parties.  The judge listens to both sides, reviews your evidence (bills, photos, estimates, and other exhibits) and issues a ruling right away or sends you his/her decision within a couple days of the trial.  You don't have an infinite time to file your claim. You have to file your claim within the appropriate time (Statute of Limitations) or else you lose your rights.


Get Started

**FAQs**



To beter assist you in making an informed decision please consult the FAQ

Click here for FAQs

## Small Claims:
### If you were suing because:

| + You were injured |
| --- |
| If you were suing because you were injured (auto accident, slip and fall, etc.), you can file a lawsuit for up to 2 years after you were injured. |
| + You had a verbal agreement |
| + You had a written agreement |
| + You had property damage |
| + Someone committed fraud against you |
| + You are suing a government or public agency |

### California Small Claims

If someone owes you money or your landlord refuses to return your security deposit, or you were involved in an auto accident, you can file a small claims lawsuit to recover for your damages. Small claims trials are scheduled usually within 45 to 60 days of the date of filing. The trial is informal and no attorney can represent any of the parties.

**Email us: for more information**

### Simple 3 Step Process

 Complete our simple online questionnaire.

 LegalJiffy reviews your answers, prepares your small claims documents.

 You receive your final small claims package in the mail.

---

About us | Terms of Use | Client Confidentiality
Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney |
Partnership Agreement | Prenuptial Agreement | Small Claims |
Copyright © 2008 legaljiffy.com, Inc. All rights reserved. Copyright/IP Policy.
website designed and developed by : www.ewebcraft.com



## LegalJiffy.com™

**Create your legal documents in a jiffy**

Home | About Us | Contact Us | Check Status
Call Toll Free: 800-238-5710
Live Chat
Welcome ! Login/Register

Expungements | Bankruptcy | Family Law | Corporation | LLC | Name Change | Small Claims | Power of Attorney | Partnership Agreement | Demand Letters


McAfee SECURE
TESTED DAILY 13-MAR


Authorize.Net
Merchant
Services

### Demand Letter FAQs

- I am a retailer, what information can I not get from customers who pay with checks?
- Can I write "paid in full" on a check and later claim that I paid the debt, even though the debt was for a higher amount?
- How can I get treble damages for an NSF check?
- Can I get treble damages even though the check writer claims a dispute about my services?

**Business Formations**
- Incorporation
- LLC (Limited Liability Co.)
- LP (Limited Partnership)

**Legal Documents**
- Expungement
- Small Claims
- Bankruptcy
- Petition to Seal Court
- Prenuptial Agreement
- Demand Letters

## Demand Letters
### California

**Get triple damages for bad checks.**

Most legal documents are ready for delivery to you within 24 hours.


Read more

Click here to file your Demand Letter

Overview | Process | Prices

### Demand Letter Overview:

Has someone written you a check on insufficient funds? Did you get a check, and then find out that the account was either closed or there was a stop payment on the check? Don't get stuck with a bad check. Take action! Under California law you can recover treble damages (triple the amount of the check), plus the bank service charge and the cost of mailing the demand to the check writer. In order to do so, you have to send the check issuer a demand letter, which conforms to the legal requirements under the law. Otherwise, you cannot recover triple damages in small court.


Get Started

### FAQs

To better assist you in making an informed decision please consult the FAQ.

Click here for FAQs

## Demand Letter:
### Demand Letter Questions:

+ I am a retailer, what information can I not get from customers who pay with checks?

You may not require a credit card in order to accept a check; you may not record the customer's credit card number on the check; you may not require credit card authorization in case the check bounces, you may not call the credit card issuer to check credit availability.

+ Can I write "paid in full" on a check and later claim that I paid the debt.

+ How can I get treble damages for an NSF check?

+ Can I get treble damages even though the check writer claims a dispute about my services?

### Payday Lenders & Treble Damages

Normally when someone gives you a bad check, you can send them the demand letter at LegalJiffy.com have prepared and after 30 days and nonpayment, sue for triple the amount in court. But, this does not apply to payday lenders. Payday lenders are not allowed to sue you for treble damages. See Civil Code 1719, 1789.35(f) and Financial Code 23035c(6). It is actually a crime for a payday lender to violate the law and sue you for treble damages. They can be charged with a misdemeanor.

**Email us: for more information**

### Simple 3 Step Process


1   Complete the demand letter questionnaire:


2   LegalJiffy create your demand letter.


3   Final wrap: You receive your demand letter within 4 hrs

About us | Terms of Use | Client Confidentiality
Expungement | Bankruptcy | Divorce | Demand Letter | Incorporation | LLC | Name Change | Power of Attorney |
Partnership Agreement | Prenuptial Agreement | Small Claims |
Copyright © 2008 legaljiffy.com, Inc. All rights reserved. Copyright/IP Policy.
website designed and developed by : www.ewebcraft.com



INTERNET ARCHIVE
WayBackMachine

| Enter Web Address: | http:// | | All | | Take Me Back | Adv. Search  Compare Archive Pages |

Searched for http://legalcpu.com

**55 Results**

Note some duplicates are not shown. See all.
* denotes when site was updated.
Material typically becomes available here 6 months after collection. See FAQ

**Search Results for Jan 01, 1996 - Sep 19, 2008**

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 0 pages | 1 pages | 23 pages | 26 pages | 1 pages |
| | | | | | | | | | Dec 16, 2005 * | Jan 04, 2006 * | Jan 02, 2007 * | Mar 26, 2008 * |
| | | | | | | | | | | Mar 08, 2006 * | Jan 07, 2007 * | |
| | | | | | | | | | | Apr 11, 2006 * | Jan 12, 2007 * | |
| | | | | | | | | | | May 21, 2006 * | Jan 17, 2007 * | |
| | | | | | | | | | | Jun 13, 2006 * | Jan 22, 2007 * | |
| | | | | | | | | | | Jul 02, 2006 * | Jan 27, 2007 * | |
| | | | | | | | | | | Jul 16, 2006 * | Feb 08, 2007 * | |
| | | | | | | | | | | Jul 19, 2006 * | Feb 10, 2007 * | |
| | | | | | | | | | | Aug 04, 2006 * | Feb 18, 2007 * | |
| | | | | | | | | | | Aug 10, 2006 * | Feb 26, 2007 * | |
| | | | | | | | | | | Aug 15, 2006 * | Feb 27, 2007 * | |
| | | | | | | | | | | Sep 07, 2006 * | Mar 06, 2007 * | |
| | | | | | | | | | | Sep 08, 2006 | Mar 15, 2007 * | |
| | | | | | | | | | | Sep 20, 2006 * | Mar 24, 2007 * | |
| | | | | | | | | | | Oct 04, 2006 * | Apr 18, 2007 * | |
| | | | | | | | | | | Oct 24, 2006 * | Apr 18, 2007 * | |
| | | | | | | | | | | Nov 03, 2006 * | Apr 23, 2007 * | |
| | | | | | | | | | | Nov 09, 2006 * | May 19, 2007 * | |
| | | | | | | | | | | Nov 10, 2006 * | Jun 18, 2007 * | |
| | | | | | | | | | | Nov 15, 2006 * | Jun 26, 2007 * | |
| | | | | | | | | | | Dec 05, 2006 * | Jul 27, 2007 * | |
| | | | | | | | | | | Dec 13, 2006 * | Aug 26, 2007 * | |
| | | | | | | | | | | Dec 18, 2006 | Sep 05, 2007 * | |
| | | | | | | | | | | | Oct 11, 2007 * | |
| | | | | | | | | | | | Oct 19, 2007 * | |
| | | | | | | | | | | | Nov 18, 2007 * | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy

Exhibit B

 **LegalCpu.com**

*Your True Associates*

| Sign In | Check Status | Register | Site Map |
|---|---|---|---|

**Main Menu Bar**

-- Select Procedure --    Go

**LegalCpu Library**

Allocated online data provided to help answer our client's basic questions.

**LC's Attorney Links**

Nationwide Attorney links in accordance to your state & legal needs.

**LC Legal Forum**

Join in discussions, ask questions, and provide your comments in LegalCpu's forum.

**LegalCpu's Specials**


Incorporate Online
LegalCpu.com
$84.95 State Fee

DBA's & FBN's
$29.95
LegalCpu

**Nationwide Services**
Your case will be completed
in 24 to 48 Hours

**Wednesday, March 18, 2009**

Legal

-- Small Claims --    Go

-- Legal Cpu --    Go

The main goal of LegalCpu & Small Claims Advocates is to provide our clients with professional services towards their legal agendas.

Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and would handle your legal forms from A-Z. Our services are guaranteed and we are the cheapest around.

**Customer Service**



Professional customer service available to assist you Monday-Friday 9:00AM-4:00PM (Pacific)
**1-866-662-5467**

**Online Chat Support**

Online Chat Monday Through Friday 9AM - 4PM
click here

**Small Claims**

The experts of Small Claims Advocates have helped thousandths recover damages through small claims courts.

**Save Time & Money**

The professionals at Legalcpu.com would serve your every need. We would beat any price. Guaranteed.

**Members of**







| Small Claims | Business | Legal Dept |
|---|---|---|
| Small Claims | Business Names | Name Change |
| Counter Claims | Corporation Filings | Divorce |
| Appeals | LLC's & LLP's | U.S. Immigration |
| Demand Letters | Mechanical Liens | Legal Doc Service |
| Writ of Executions | Trademarks | Living Wills |
| Begin Here | Begin Here | Begin Here |

Contact Us    Terms of Use    Privacy    Employment    Why LegalCpu    Press

© 2006 LegalCpu.com, Inc. All Rights Reserved

6/13/2006

 **LegalCpu.com**   Your True Associates

🏠 Home   🗐 Check Status   ✉ Contact Us

**Questions? Call Us (866) 662-5467**

Newsletter | About Us

| FILE SMALL CLAIMS COMPLAINT | FILE BUSINESS NAME [ DBA | FBA ] | CORPORATIONS LLC's & LLP'S | NAME CHANGES ADULT & MINOR | DEMAND LETTERS & PHONE CALLS | TRADEMARK & PATENTS | POWER ATTORNEY |

### REGISTERED USERS

username

••••••••  Go!

New User? Sign Up !

### LAW LIBRARY

Allocated online data provided to help answer our client's basic questions.

### ATTORNEY LINKS

Post your case online or find attorney's in accordance to your state and legal cause.

### LEGAL FORUM

Join in discussions, ask questions, and provide your comments in LegalCpu's forum.

### LEGALCPU SPECIALS



**Nationwide Services**
Your case will be completed in
24 to 48 Hours

**LegalCpu.com**

The main goal of LegalCpu & Small Claims Advocates is to provide our clients with professional services towards their legal agendas.

 -- Small Claims --
Go

Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and would handle your legal needs from A-Z. Our services are guaranteed and we are the cheapest around.

-- Legal Cpu --
Go

SMALL CLAIMS

The experts of Small Claims Advocates have helped thousandths recover damages through small claims courts.





### ☎ LEGALCPU PROTECTED BY

**HACKER SAFE**
TESTED 10-NOV

Legalcpu.com passes the daily **FBI** internet security scans.

### ☎ ONLINE CHAT SUPPORT

 CHAT

Online Chat Monday Through Friday 9AM - 4PM (Currently Offline till January 2, 2007, Please Call Us)

### ☎ LEGALCPU DBA SPECIALS

Los Angeles DBA - $69.95 - this includes state filing fee and publication.

Colorado State DBA - $69.95 - this includes state filing fee.

Florida DBA - $69.95 + State Fees

Wisconsin DBA - $69.95 + $10 State Fee

### ☎ PROUD MEMBERS OF



SAVE TIME & MONEY

The professionals at legalcpu.com would serve your every need. We would beat any price and your satisfaction is **guaranteed**.



12/18/2006

**LC** LegalCpu.com
Your True Associates

☐ Home   ☐ Contact Us   ☐ Check Status   ☐ About us
📍 Merchants   ☐ Login or Register   ☐ Retrieve My Saved Application

## Welcome to the LegalCPU.com

Call us : (866) 662-5467

| File a Small Claim |
| DBA & FBN |
| Federal Tax ID |
| Seller's Permit |
| Business License |
| Incorporation |
| LLC's & LLP's |
| My Business Logos |
| My Business Website |
| Trademarks |
| Patent |
| Copyrights |
| Name Changes |
| Marriage Licenses |
| Divorce |
| Power of Attorney |
| Demand Letters |
| Wills | Living Wills |
| Promissary Notes |
| Immigration |
| Travel Documents |
| Real Estate |
| Gun Licenses |
| Other Services |

Featured   Law Library   Law Forum

January 2, 2007



**A Quick Price Snapshot of LegalCPU's Certain Services**

Nationwide Business Name Registration Start at $69.95

Powerful company and business logo start at $149.95

Nationwide Small Claims Management Start at $59.95

Federal Tax ID (EIN) registration start at $79.95

Nationwide Adult and Minor Name Change Start at $69.95

Lowest prices in the industry Guaranteed.

Most Packages are commenced within 24-72 hours. All packages include Free Shipping

### About Legal CPU.com

 The main goal of LegalCPU is to provide our clients with professional services towards their legal agendas. Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and would handle your legal needs from A-Z. Our services are guaranteed and we have the lowest prices in the industry.

**The main goal of LegalCpu is:**

- To assist and help individuals who do not have the time to fill our long legal forms more..
- To follow up and support our clients during the entire process and after. more..
- To provide professional, yet friendly customer service. more..
- To guarantee professional service or your money back. more..
- To assist individual so that they can make a much informed decision. Our associates would be happy to answer any questions that will help you make the best decission. more..

**Online Chat Support**
Monday through Friday
Chat
9.00am to 4.00pm

### Articles and Newsletters
**For Our Monthly Newsletter**
**Subscribe Now!**

### Customer Service
Professional Customer Services avalabe to assist you
**Monday through Friday**
9:00am to 4:00pm
(Pacific) 1-866-662-5467

### LegalCPU Specials
Los Angeles DBA for $69.95
**Filed in 5 Days**
We pay filing fee and publication

### General News

### Protected by
Legalcpu.com passes the daily FBI Internet Security Scans. 

### Tell A Friend about LegalCPU.com
Tell my friend
Enter your friend's email address

---

 Small Business

**About Us | Terms of Use | Privacy | Merchant Connections | Site Map | Affiliates | Press**

LLC | Incorporate | Wills | Trademark | Living Will | Power of Attorney | Divorce
Living Trust | Prenuptial | DBA | Patent | Copyright | Nonprofit

**AMERICAN EXPRESS** AFFILIATE PROGRAM

Copyright © 2007 LegalCPU Inc. All rights reserved. Copyright/IP Policy.

1/2/67


**LegalCpu.com**
Your True Associates



🔴 Home    🔓 Login or Register
☁ About us    ✓ Check Status
📞 Contact Us    ▭ Merchant Account
💬 Live Chat    📋 Retrieve My Saved Application


WELCOME

**LEGAL DEPT**
- 🔍 File a Small Claims
- Name Changes
- 📄 Demand Letters
- ⚖ Divorce
- 📜 Wills | Living Wills

**BUSINESS DEPT**
- 🖋 File My DBA|FBN
- 📋 Federal Tax ID
- 📋 Seller's Permit
- 🏢 Incorporation
- 📑 LLC's & LLP's
- ⓣ Trademarks
- ✎ Business Logos
- 🌐 Business Website
- ⚖ Merchants Tools

**USEFUL TOOLS**
- 📖 Law Library
- 📋 Legal Forum
- 🔊 Live Chat (9AM-5PM)
- 🗐 DBA Formation Tool
- 🗳 Small Claims Filed
- 📄 New Filed DBA's
- 📋 Other Services

**Online Chat Support**
Monday through Friday
**Chat**
9:00am to 5:00pm (Pacific)



| Featured | Law Library | Law Forum |
|---|---|---|

**February 26, 2007**

  **A Quick Price Snapshot of LegalCPU's Certain Services**

Nationwide Business Name Registration Starts at $79.95

Powerful Company & Business Logo's Starts at $149.95

Nationwide Small Claims Management Starts at $59.95

Federal Tax ID Registration (EIN) Starts at $75.00

Nationwide Adult & Minor Name Change Starts at $69.95

Protect Your Company with a Federal Trademark $119.95

*Most packages are commenced within 24-72 hours. All packages include free shipping*

**Weekly News and Updates**

 The main goal of LegalCPU is to provide our clients with professional services towards their legal agendas. Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and will handle your legal needs from A-Z. Our services are guaranteed and we offer the most affordable prices in the industry.

**Today's News and Featured Businesses.**

 One of our small claims clients, Angela Bair (CA) has been invited to present her small claims case on Judge Alex's Show. The TV show is broadcasted nationwide (Good Luck Mrs. Bair). more...

This weeks featured business: WaterWalk Music. Location: CA. Website URL: www.petrimusic.com. Business Nature: Record, Manages, Promote, and Publish. more...

This weeks featured business: Homes of Prosper.com. Location: TX. Website URL: www.homesofprosper.com. Business Nature: Residential Real Estate Buyer. more...

 This weeks featured business: German Sweets. Location: CA. Website URL: www.germansweets.com. Business Nature: Import | Export Gourmet Food Products. more...

**Articles & Newsletters**

**For Our Free Monthly Newsletter**
**Subscribe Now!**

**Customer Service**
 Professional Customer Service avaiable to assist you today
**Monday To Friday**
9:00am to 5:00pm
(Pacific) 1-866-662-5467

**LegalCPU Specials**

**General News**

**Protected By**
 Legalcpu.com passes the daily FBI Internet Security Scans

**HACKER SAFE**
TESTED 16-FEB

**Tell A Friend About LegalCPU**
 Tell my friend
Enter your friend's email address

**YAHOO!** Small Business

**About Us | Terms of Use | Privacy | Merchant Connections | Affiliates | Press | Links**

LLC | Incorporate | Name Change | Trademark | SmallClaims | DBA | Logos | Web Site | Federal Tax ID

ABOUT SSL CERTIFICATES

Copyright © 2007 LegalCPU Inc. All rights reserved. Copyright/IP Policy.


BBBOnLine RELIABILITY PROGRAM

2/27/07

 **LegalCpu.com** Your True Associates

Home
About us
Contact Us
Live Chat (9AM-4PM)

Login or Register
Check Status
Affiliate Program
Retrieve My Saved Application

 Welcome

**LEGAL DEPT**
- File a Small Claims
- Name Changes
- Demand Letters
- Divorce
- Last Wills

**BUSINESS DEPT**
- File My DBA|FBN
- Federal Tax ID
- Incorporation
- LLC's & LLP's
- Trademarks
- Business Logos
- Business Website
- Merchants Tools

**USEFUL TOOLS**
- Law Library
- Legal Forum
- Live Chat (9AM-5PM)
- DBA Formation Tool
- New Filed DBA's
- Other Services

**Online Chat Support**
Monday through Friday
Chat
9:00am to 5:00pm (Pacific)

 BBB OnLine RELIABILITY PROGRAM

Featured | Law Library | Law Forum



October 18, 2007

  **A Quick Price Snapshot of LegalCPU's Certain Services**

Nationwide Business (DBA) Registration Starts at $79.95

Powerful Company & Business Logo's Starts at $149.95

Nationwide Adult & Minor Name Change Starts at $69.95

Federal Tax ID Registration (EIN) Starts at $75.00

Most packages are commenced within 24-72 hours. All packages include free shipping

**Weekly News and Updates**

 The main goal of LegalCPU is to provide our clients with professional services towards their legal agendas. Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and will handle your legal needs from A-Z. Our services are guaranteed and we offer the most affordable prices in the industry.

**Today's News and Featured Businesses.**

 Recent small claims filed against EBAY.com, Inc., plaintiff is claiming that Ebay violated certain policies. The claim is set for the state of Washington. Registered Agents of Ebay have been located in the state of Washington. click here for more info..

 This weeks featured business: Doullina Designs . Location: NY. Website URL: www.doullinadesigns.com. Business Nature: Scrapbooking and other craft items. more..

This weeks featured business: Burke. Location: OK. Website URL: none. Business Nature: Busines of Entertainment. more..

 This weeks featured business: Skyline Tint. Location: VA. Website URL: www.skylinetint.com. Business Nature: Window tinting, automotive. more..

**Articles & Newsletters**

For Our Free Monthly Newsletter
**Subscribe Now!**

**Protected and Security**

 BBB OnLine RELIABILITY PROGRAM  HACKER SAFE TESTED 25-MAR

ABOUT SSL CERTIFICATES

**Shipping**

**FREE Shipping** 

**General News**

**Protected By**
Legalcpu.com passes the daily FBI Internet Security Scans.

 HACKER SAFE TESTED 25-MAR

**Tell A Friend About LegalCPU**

Tell my friend
Enter your friend's email address

**YAHOO!** Small Business

About Us | Terms of Use | Privacy | Affiliate Program | Sitemap | Press | Articles

Small Claims | LLC | Incorporate | Name Change | Trademark | DBA | Logos | Web Site | Federal Tax ID | Web Tools

ABOUT SSL CERTIFICATES

Copyright © 2007 LegalCPU Inc. All rights reserved. Copyright/IP Policy.

10/19/07



**LegalCpu.com**
Your True Associates

🐬 Home          🔒 Login or Register
🐬 About us       ✔ Check Status
🐬 Contact Us     🔒 Affiliate Program
🐬 Live Chat (9AM-4PM)   🔒 Retrieve My Saved Application


Welcome

| LEGAL DEPT |
| --- |
| 📄 File a Small Claims |
| 📄 Name Changes |
| ⚙ Demand Letters |
| ✎ Divorce |
| 📄 Last Wills |

| BUSINESS DEPT |
| --- |
| 📄 File My DBA\|FBN |
| ✎ Federal Tax ID |
| 📄 Incorporation |
| 📄 File my LLC |
| 📄 Business Logos |
| 📄 Business Website |
| ⚒ Merchants Tools |

| USEFUL TOOLS |
| --- |
| 📄 Law Library |
| 📄 Legal Forum |
| 📄 Live Chat (9AM-5PM) |
| 📄 DBA Formation Tool |
| 📄 New Filed DBA's |
| 📄 Other Services |

**Online Chat Support**
Monday through Friday
**Chat**
9:00am to 5:00pm (Pacific)



Featured    |    Law Library    |    Law Forum



 **A Quick Price Snapshot of LegalCPU's Certain Services**

Nationwide Business (DBA)
Registration Starts at $79.95          Los Angeles DBA

Nationwide Adult & Minor Name
Change Starts at $99.95          Federal Tax ID Registration (EIN)
                                 Starts at $75.00

Most packages are commenced within 24-72 hours. All packages include free shipping.

**Weekly News and Updates**

 The main goal of LegalCPU is to provide our clients with professional services towards their legal agendas. Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and will handle your legal needs from A-Z. Our services are guaranteed and we offer the most affordable prices in the industry. [ sitemap - overview ]

**Today's News and Featured Businesses.**

 Recent small claims filed against EBAY.com, Inc., plaintiff is claiming that Ebay violated certain policies. The claim is set for the state of Washington. Registered Agents of Ebay have been located in the state of Washington. click here for more info..

 This weeks featured business: Doullina Designs . Location: NY. Website URL: www.doullinadesigns.com. Business Nature: Scrapbooking and other craft items. more..

This weeks featured business: Burke. Location: OK. Website URL: none. Business Nature: Busines of Entertainment - Comedian. more..

Business Center Article :Any business that operates for the purpose of selling goods or services needs a solid business name - preferably one that is different, memorable and appealing to customers. more..

**Articles & Newsletters**

For Our Free Monthly Newsletter
**Subscribe Now!**

**Protected and Security**

 

ABOUT SSL CERTIFICATES

**Shipping**

**FREE Shipping**



**General News**

**Protected By**

Legalcpu.com passes the daily FBI Internet Security Scans.



**Tell A Friend About LegalCPU**

Tell my friend

Enter your friend's email address

**YAHOO!** Small Business

About Us | Terms of Use | Privacy | Affiliate Program | Sitemap | Press | Articles

Small Claims | LLC | Incorporate | Name Change | DBA | Logos | Web Site | Federal Tax ID | Web Tools

Copyright © 2007 LegalCPU Inc. All rights reserved. Copyright/IP Policy.

ABOUT SSL CERTIFICATES

3/26/08



**LegalCPU.com**
*Your True Associates*

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)

Faster Processing & Dedicated Support.

Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**






**Our Promise to You...**

Located in Southern California since the year 2000, LegalCPU has offered professional document preparation services at market-leading prices. The exceptional staff at LegalCPU is always ready to answer your questions and offer our services with a personal touch.



**BBB**

**ABOUT SSL CERTIFICATES**

**Client Testimonials**

Thank you! Your service was very easy to use, a great price, and your followup thorough - I appreciate the updates and look forward to using LegalCPU again soon.

Jones Robinson
McFarland, CA

**Business Department**

➤ New DBA / Business Name
➤ Renew DBA
➤ Dissolve DBA
➤ FEIN | Tax ID
➤ LLC | LP
➤ Incorporation
➤ Partnerships

**Legal Department**

➤ Small Claims
➤ Demand Letters
➤ Name Change

**Useful Tools**

➤ FAQ Section
➤ Article Section
➤ Legal Glossary
➤ Business Glossary
➤ DBA Formation Tool



**Live Chat**
Mon - Fri 9-5 PST

**Why LegalCPU is Right for You...**

Save time and costly attorney's fees on a range of legal documents with the experts at LegalCPU. One online visit or phone call to our central processing unit is all it takes to get started on your business entity formation, small claims suit, name change and more. Family owned and operated, LegalCPU is dedicated to providing quality service for our valued clients.

➤ **Easy!** Make only one online visit or call — we do the rest.
➤ **Affordable!** Much less than attorney's fees & unbeatable online prices.
➤ **Fast!** We start processing your order within 24-48 hours!
➤ **Personal!** We take pride in our services & guarantee your satisfaction.

**The New Process**

1️⃣ Complete our simple online questionnaire.
2️⃣ LegalCPU will prepare all required forms.
3️⃣ You receive all your completed documents.

**FREE EXPEDITED SHIPPING**

 **FREE SHIPPING**

**News Letter**

Sign up for our free monthly newsletter and receive periodic special offers...

your email here   **OK**

**DBA   FEIN   INC**

**LLC   SMALL CLAIMS   NAME CHANGE**

| Los Angeles County DBA Specials |

| Our Bankers List |

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2005-2009 LegalCPU.com, Inc. All rights reserved.

Exhibit C

 LegalCpu.com

*Your True Associates*   Faster Processing & Dedicated Support.

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)

Login·Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**




ABOUT SSL CERTIFICATES

**Business Department**

▸ New DBA / Business Name
▸ Renew DBA
▸ Dissolve DBA
▸ FEIN | Tax ID
▸ LLC | LP
▸ Incorporation
▸ Partnerships

**Legal Department**

▸ Small Claims
▸ Demand Letters
▸ Name Change

**Useful Tools**

▸ FAQ Section
▸ Article Section
▸ Legal Glossary
▸ Business Glossary
▸ DBA Formation Tool

 Live Chat
Mon - Fri 9-5 PST

### Incorporation
Nationwide

processing commenced
within 24-48 hours.
free shipping!

**GO »** Click here to file your Incorporation

Overview   Process   Prices   Why LegalCPU?

### Incorporation Overview:

Incorporate your business and protect your personal assets from lawsuits and creditors. Just answer the following questions and we'll check the availability of your business name and prepare and file your articles of incorporation. Once the articles are filed, we'll mail your custom bylaws, resolutions, corporate kit and seal, sample business forms, Tax Identification forms and S Corp election documents. We'll also send you detailed instructions on how to hold your initial meeting to elect your directors, officers and adopt the bylaws.



#### FAQs · Incorporation                        More ▸

**» What is a corporation?**

A business entity made up of individuals, but having its own legal character, a corporation comes into existence when articles of incorporation are filed in your state of choice. Once it's formed, your corporation will be legally able to negotiate deals, maintain assets, enter into and defend itself against lawsuits, and more. One of the corporation's defining features is that it personally protects its owner from liability against corporate debts.

**» Who can form a corporation?**
**» Do I need an attorney to form a corporation?**
**» Is a corporation required to have a registered agent?**

### 3 Easy Steps :

 Answer a few simple questions.

 We'll then prepare & file your Articles of Incorporation.

 Upon completion of your filing, the original Articles of Incorporation & Incorporation Package will be mailed to you.

**File your Corporation online with legalcpu**
**$125.00 + filing fees**

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

 **LegalCpu.com**
*Your True Associates*     **Faster Processing & Dedicated Support.**

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)

Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**

 McAfee SECURE TESTED 18-MAR
 Authorize.Net

 BBB

**ABOUT SSL CERTIFICATES**

**Business Department**
- New DBA / Business Name
- Renew DBA
- Dissolve DBA
- FEIN | Tax ID
- LLC | LP
- Incorporation
- Partnerships

**Legal Department**
- Small Claims
- Demand Letters
- Name Change

**Useful Tools**
- FAQ Section
- Article Section
- Legal Glossary
- Business Glossary
- DBA Formation Tool

 **Live Chat**
Mon - Fri 9-5 PST



### Limited Liability Company (LLC)
*Nationwide*

Processing commenced within 24-48 hours.
free shipping!

**GO** » Click here to file your LLC

Overview   Process   Prices   Why LegalCPU?

## Limited Liablity Company (LLC) Overview:

**Protection of Personal Assets, Ease of Operation**

Shield your personal assets the way a corporation does and enjoy ease of maintenance with a Limited Liability Company, or LLC - that's the name of the game with this type of corporate structuring. An LLC business structure combines the most favorable aspects of a sole proprietorship or partnership and a corporation. Owners of an LLC enjoy protection against being held personally liable for business debts. You also avoid the double taxation that attaches to the regular corporate structure, since capital gains, tax credits and other tax items are allowed to pass through from the business to the member's individual income tax return. With these advantages, it's understandable that this type of structure is gaining in popularity as the professional's business entity formation of choice.

Protect your personal assets and enjoy easier business operation by letting LegalCPU.com set up your limited liability company in three easy steps. Call 866-662-5467 to speak to one of our team members. LegalCPU - we get it done right!



**FAQs • Limited Liability Company**     More ›

**» What is a limited liability company?**

A limited liability company is an innovative business structure that's easier to operate than a corporation, provides protection against its owners as far as personal liability for business debts and delinquencies, and allows owners to avoid the burden of double taxation that attaches to a regular corporation. An LLC, therefore, combines the most favorable aspects of a sole proprietorship or partnership plus a corporation.

Oftentimes a limited liability company or LLC is a business entity is best intended for smaller or

**» Do I have to hire a lawyer to form my LLC?**
**» How many people are needed to form an LLC?**
**» What is an LLC member & an LLC manager?**
**» What legal documents do I need to form an LLC?**
**» What is an operating agreement?**

**3 Easy Steps :**

 Get your LLC started by answering some simple questions.

 We'll then prepare & file your Articles of Organization.

 Upon completion of your filing, the original Articles of Organization will be mailed to you immediately.

**File your L.L.C (limited liability company)**
**online with LegalCPU**

**$125.00 + filing fees**

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

 **LegalCpu.com**
**Your True Associates**   Faster Processing & Dedicated Support.

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)
Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**

 
TESTED   18-MAR


BBB

**ABOUT SSL CERTIFICATES**

**Business Department**
- New DBA / Business Name
- Renew DBA
- Dissolve DBA
- FEIN | Tax ID
- LLC | LP
- Incorporation
- Partnerships

**Legal Department**
- Small Claims
- Demand Letters
- Name Change

**Useful Tools**
- FAQ Section
- Article Section
- Legal Glossary
- Business Glossary
- DBA Formation Tool

 **Live Chat**
Mon - Fri 9-5 PST



**Partnership Agreement**
Nationwide

processing commenced
within 24-48 hours.
free shipping!

›› **Coming Soon** ‹‹

Overview   Process   Prices   Why LegalCPU?

## Partnership Agreement Overview:

Thinking of starting a business with another person?  Don't start a business on a handshake.  With a written partnership agreement, you can write down all issues that may come up in a business and avoid misunderstandings with your business partner in the future.

A partnership is a business owned by two or more people.  Each partner has a role in running the business.  Each partner can borrow and spend money for the business.  On the other hand, each partner is liable for the debts of the partnership.   Partners share in the profits according to their proportionate share.  This is usually determined from the initial investment each partner makes in the business, but partners can agree on a different method in the agreement.  Partnerships, as an entity, do not pay taxes.  Each partner pays taxes on the income he receives from the business.  Typically, a partnership ends when one partner leaves the business or dies.  However, with a written partnership agreement, partners can decide ahead of time that the business can continue to operate even if one of them leaves.  You can also decide what happens to a partner's share when he leaves; who can buy the shares, and how the departing partner's shares will be valued.

**FAQs · Partnership Agreement**          More ›

>> **What is a partnership and how do I create one?**

A partnership is a business owned by two or more people that hasn't filed papers to become a corporation or a limited liability company (LLC). You don't have to complete any paperwork to create your partnership -- the arrangement begins as soon as you start a business with another person.

Although the law doesn't require it, many partners work out the details of how they will manage their business in a written partnership agreement. If you don't create a written agreement, the partnership laws of your state

>> **Are there special rules for running partnerships?**
>> **Is a written agreement required for all partnerships?**
>> **What happens if one partner leaves the partnership?**
>> **What are the differences between a partnership and a limited liability company?**
>> **What's the difference between a general partnership & a limited partnership?**

### 3 Easy Steps :

  Complete the simple questionnaire.

  We create you Partnership Agreement.

  We will send your partnership agreement within hours along with specific instructions on how to complete the process.

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

 LegalCpu.com

**Your True Associates**   Faster Processing & Dedicated Support.

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)
Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**

 

McAfee SECURE
TESTED 18-MAR

Authorize.Net


BBB
ABOUT SSL CERTIFICATES

**Business Department**
> New DBA / Business Name
> Renew DBA
> Dissolve DBA
> FEIN | Tax ID
> LLC | LP
> Incorporation
> Partnerships

**Legal Department**
> Small Claims
> Demand Letters
> Name Change

**Useful Tools**
> FAQ Section
> Article Section
> Legal Glossary
> Business Glossary
> DBA Formation Tool

Live Chat
Mon - Fri 9-5 PST



### Name Change
Nationwide, Adult & Minor

processing commenced within 24-48 hours.
free shipping!

GO   Click here to file your Name Change

Overview | Process | Prices | Education Center:

## Name Change Overview:

**New Name, Same History**

If you desire to be known by a name other than the one you were given at birth, or the one which you acquired through marriage or adoption, a name change may be appropriate. Changing your name is a common act recognized throughout the U.S. and one that may be achieved by following the process established by each state's legal system.

With LegalCPU, you can easily obtain a court-ordered name change that, once granted, allows you to alter your name on all of your formal records. Changing your name legally, through the court system, also assures that your personal identity and history remain connected to your new name.

LegalCPU can help get you started with the name change process, quickly and easily. Simply answer a few questions online or call 866-662-5467 to speak to one of our team members. We'll fill out all required documentation and send it to you with easy-to-follow filing instructions for your county or state. LegalCPU.com — we get it done right.

 Get Started

**FAQs › Name Change**
More ›

 

>> What does a court ordered name change entail?

Petitioning and publishing are the two basic steps you'll need to take in order to have a court issue a decree that orders your official name change. Petitioning means filling out the appropriate form or forms and filing them (paying the required fee) in the court that claims jurisdiction (normally, the one nearest or that services the area of your residence). In nearly every state the petitioner or person legally overseeing the name change process is required to publish notice in a local newspaper of the intended name change. You may also be required to give notice to specific individuals or

>> Will it affect any benefits to which I'm entitled?
>> What is legally required for me to change my name?
>> How is a name change different for a minor vs. adult?
>> What documents are required for changing my name?
>> Where do I file my name change petition?

**3 Easy Steps :**

1. Answer a few simple questions.

2. We will prepare all required court forms.

3. We will mail you the prepared court forms within 24 hours with specific step-by-step instructions on how to file your petition and follow through to legally change your name.

**Name Change Prices:**

**Adult Package : $99.00**

**Minor Package : $119.00**

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

 **LegalCpu.com**
*Your True Associates*   Faster Processing & Dedicated Support.

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)

Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

## Protection & Security

  

ABOUT SSL CERTIFICATES

### Business Department

▸ New DBA / Business Name
▸ Renew DBA
▸ Dissolve DBA
▸ FEIN | Tax ID
▸ LLC | LP
▸ Incorporation
▸ Partnerships

### Legal Department

▸ Small Claims
▸ Demand Letters
▸ Name Change

### Useful Tools

▸ FAQ Section
▸ Article Section
▸ Legal Glossary
▸ Business Glossary
▸ DBA Formation Tool

 **Live Chat**
Mon - Fri 9-5 PST



### Small Claims
We make it simple



processing commenced within 24-48 hours.
free shipping!

**GO** » Click here to file a Small Claims Case

Overview | Process | Prices | Why LegalCPU?

## Small Claims Overview:

You've tried being polite. You've made an effort to have a reasonable discussion of the matter in contention. Now it's time to turn your dispute into dollars! If you believe that a person or a business owes you money but the individual or company will not pay or settle the dispute to your satisfaction, it is possible to get your money by filing a small claims case.

Whether it's having your car repaired, getting back your security deposit when you move out of your apartment, or compelling an individual or business to pay the money you're owed, pursuing a small claims case is an effective way to recover — as long as you have a good case and meet the maximum dollar limits and statute requirements.

At LegalCPU, our experts personally handle your small claims filing, privately and confidentially. We double check the information you provide us, prepare your complaint, complete all other necessary legal forms, determine your jurisdiction, file the complaint, pay all court fees and at an additional cost, we can even serve the defendant (availability varies by state).

Don't waste time with confusing forms and complicated filing and service procedures. With LegalCPU.com you'll save time, money and unnecessary attorney's fee. Team members are standing by at 866-662-5467 to fill out, file and at an additional cost, we can even serve the defendant (availability varies by state). Just provide us with some basic online information and we'll do the rest. LegalCPU — we get it done right!

**Get Started**

### FAQs - Small Claims
More ▾

**» Who can sue in small claims court?**

As long as you are 18 years of age, of sound mind and body, and you've suing on your own claim, you can bring a case in small claims court. If you are a minor under 18 years of age, your complaint must be filed by a parent or guardian. If a claim is being filed on behalf of an association or other entity that's not a natural person, a regular employee of the entity must act on the entity's behalf. The courts prefer the employee to have firsthand knowledge of the issue in dispute.

**» What types of cases are heard in small claims court?**

**» Do I have a solid small claims case?**

**» Do I need a lawyer for my small claims action?**

**» How do I determine the amount I should sue for?**

**» In which small claims court do I file my claim?**

### 3 Easy Steps :

 Complete our simple online questionnaire.

 LegalCPU reviews your answers, prepares your small claims documents and files them with the appropriate court.

 You receive all your completed documents.

### California Small Claim
**$99.00 + Court Filing fee**

| Amount of your claim: | Filing Fee |
|---|---|
| $0 to $1500 | $30 |
| $1500.01 to $5,000 | $50 |
| $5000.01 to $7,500 | $75 |

Los Angeles Small claims Process Serving

---

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.



LegalCpu.com
**Your True Associates**

Live Chat | Home | About Us | Contact Us | Check Status
Call us: 866-662-5467 (toll free)

**Faster Processing & Dedicated Support.**

Login-Register

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**

 



BBB

**ABOUT SSL CERTIFICATES**

**Business Department**
- New DBA / Business Name
- Renew DBA
- Dissolve DBA
- FEIN | Tax ID
- LLC | LP
- Incorporation
- Partnerships

**Legal Department**
- Small Claims
- Demand Letters
- Name Change

**Useful Tools**
- FAQ Section
- Article Section
- Legal Glossary
- Business Glossary
- DBA Formation Tool


**Live Chat**
Mon - Fri 9-5 PST

## Demand Letters
Nationwide, Adult & Minor

Get triple damages for bad checks.

processing commenced
within 24-48 hours.
free shipping!

**GO** » Click here to file your Demand Letters


Overview  Process  Prices  Why LegalCPU?

### Demand Letter Overview:

Sending a demand letter is perhaps the most effective tool you can use in the small claims process. A demand letter, which is required by many small claims courts, "demands" attention. When a defendant reads what you have to say and understands you're serious about pursuing your claim in court, many settlements occur. LegalCPU boasts a remarkable 75% success rate of disputes resolved based on sending a demand letter.

Get Started

**FAQs › Demand Letters**                    More »

>> **Is the demand letter just a form of threat intended to compel the other side to pay up?**

No, the demand letter is designed to reach a civilized solution to the financial predicament that one party has caused to the other. By pointing out that further legal action may be other. If no resolution is found, the demand letter is intended to encourage settlement rather than going to trial.

>> Should I keep a copy for my own records?
>> What should I do if I do not receive a response?
>> What method of delivery should I use?
>> Do I need to provide documentation of the debt owed?
>> Can I use the Debt Owed Demand Letter even if the debt isn't owed entirely to me?

### 3 Easy Steps :

 Complete the demand letter questionnaire.

 LegalCPU create your demand letter.

 Final wrap: You receive your demand letter within 4 hrs.

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy | FAQs | Articles
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

**From:** Henrik Mosesi <henry@mosesi.com>
**Subject:** **Cease and Desist Order**
**Date:** July 24, 2008 1:18:33 PM PDT
**To:** legal@legalcpu.com
**Cc:** business@legalcpu.com, web@legalcpu.com, tech@legalcpu.com
**Bcc:** Hovik Mossessi <hmossessi@sclr.org>
▷   3 Attachments, 1.2 MB

To Whom It May Concern,

I am corporate counsel to LegalJiffy.com.  Legaljiffy.com owns and operates its website specializing in online legal document preparation.

It has come to our attention that you are copying and/or replicating original graphics, layouts, styles, color schemes, and/or designs from our website (collectively "the Design"), on your own website, located at LegalCPU.com.  A screen grab from Archive.org is attached hereto and showing your previous web design from August 26, 2007.  A current screen grab shows your website as of today (see attached).  It is obvious that your company is copying our original graphics, layouts, styles, color schemes and/or design.  My client has spent considerable time and money developing the distinctive design of its website.

Your unauthorized use of the Design is in violation of our copyright.  Furthermore, your new website design is confusingly similar to LegalJiffy.com's design, which pre-dates your website design.  Your website improperly duplicates the distinctive and proprietary overall look and feel of LegalJiffy.com's website, including its trade dress.

Your use of our website design constitutes not only copyright infringement, but also trademark infringement and dilution of LegalJiffy's trademark and unfair competition under both federal and state laws.

We require the Design be removed from your website and from any backups of your website and written notice given that these

Exhibit D

actions have been taken to the fullest extent possible, by no later than the close of business on July 25, 2008.

Should you willfully choose to continue using the Design, We will examine and use all available recourse, pursuing legal action in a court of law, and contacting your service provider requesting removal of your website.

We have further information that you have contacted our website designer and attempted to bribe him to steal our website code. When your attempts to bribe failed, you resorted to threats of physical harm.  You are further warned not to contact our web designer, Sagheer Ud Din under any circumstances.

Rest assured that we will not tolerate such obvious infringement.  All legal action will be pursued to protect my client's rights in its website and intellectual property.

You have been warned.  Govern yourself accordingly.





LegalICPU.com™ | small claims filing, dba, incorporation, lic, name change, demand letters




## LegalCpu.com
### Your True Associates       Faster Processing & Dedicated Support.

Welcome | Login/Register

Call us: 866-502-5467 (toll free)

| DBA | Federal Tax ID | Corporation | LLC | Partnership Agreement | Name Change | Small Claims | Demand Letters |

**Protection & Security**

BBB
HACKER SAFE

**Business Department**
- DBA
- FEIN
- LLC / LP
- Incorporation
- Partnerships

**Legal Department**
- Small Claims
- Demand Letters
- Name Change

**Useful Tools**
- Education Center
- Legal Glossary
- Business Glossary
- DBA Formation Tool
- Small Claims Filed
- New DBA's Filed

**Customer Support**
Live Chat
Monday to Friday
9am - 5pm PST

**Our Promise to You...**

**FREE EXPECTED SHIPPING**

FREE SHIPPING

**News Letters**
Sign up for our free monthly newsletter and receive periodic special offers...

your email here     [OK]





# DBA    FEIN    INC
# LLC    SMALL CLAIMS    NAME CHANGE

**Education Center**

Is a fictitious business name the same as DBA?
What is an EIN / Tax ID Number?
Do I need an attorney to form a corporation?
Who can sue in small claims court?

About us | Terms of Service & Use | Privacy Policy | Disclaimer | Return Policy
DBA | Incorporation | LLC | Name Change | Partnership Agreement | Small Claims
Copyright © 2008 LegalCPU.com, Inc. All rights reserved.

---

Loading "Legal Name Change, Trademarks, DBA, Wills, Small Claims, Online Legal Services"

http://web.archive.org/web/20070820135518/http://www.legalcpu.com/



## LegalCpu.com
Your True Associates

Welcome

- Home
- About us
- Contact us
- Live Chat (9am-5pm)
- Login or Register
- Check Status
- Merchant Account
- Retrieve My Saved Application

Welcome to LegalCPU.com

**LEGAL DEPT**
- File a Small Claims
- Name Change
- Demand Letters
- Divorce
- Wills / Living Wills

**BUSINESS DEPT**
- File My DBA/FBN
- Federal Tax ID
- Incorporation
- LLC's & LLP's
- Trademarks
- Business Logos
- Business Website
- Merchants Tools

**USEFUL TOOLS**
- Law Library
- Legal Forum
- Live Chat (9am-5pm)
- DBA Formation Tool
- New Filed DBA's

Featured       Law Library       Law Forum

August 26, 2007





A Quick Price Snapshot of LegalCPU's Certain Services



Nationwide Business (DBA) Registration Starts at $79.95
Powerful Company & Business Logos Starts at $149.95
Nationwide Adult & Minor Name Change Starts at $69.95
Federal Tax ID Registration (EIN) Starts at $25.00

**Weekly News and Updates**

The main goal of LegalCPU is to provide our clients with professional services towards their legal agendas. Our true goal is to save our clients time and the overabundance of legal fees. Our associates are experts and will handle your legal needs from A-Z.

**Articles & Newsletters**

For Our Free Monthly Newsletter
**Subscribe Now!**

**Protected and Security**

BBB
HACKER SAFE

**Shipping**

FREE Shipping




**General News**

Prince George, MD.



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Henrik Mosesi, Esq.
Law Office of Henrik Mosesi
108 North Brand Blvd., Suite 201
Glendale, CA 91203
Tel:  (818) 551-9600
Fax:  (818) 551-9900
Web:  mosesi.com

**From:** Henrik Mosesi <henry@mosesi.com>
**Subject:** **Demand for removal of offending website under your AUP**
**Date:** July 27, 2008 10:11:59 PM PDT
**To:** abuse@rackspace.com
**Bcc:** Hovik Mosesi <mossessi@yahoo.com>

Our Client: LegalJiffy.com
Your Client: Legalcpu.com

To whom it may concern:

My name is Henrik Mosesi. I am corporate counsel to LegalJiffy.com. LegalJiffy.com is an online legal forms and documents preparation website.

We have information that a website being hosted on your servers is infringing on my client's copyrights, trade dress and other intellectual property rights. The offending website on your server is Legalcpu.com.

Legalcpu.com has recently infringed on my client's copyright by literally copying the content, stock photos, color scheme, and overall look and feel of LegalJiffy.com's website. A review of legalcpu.com's website from August of 2007 (http://web.archive.org/web/20070826135618/http://www.legalcpu.com/) shows their website design, which changed in the recent days to an almost exact duplicate of my client's website. A comparison of legalcpu.com's new infringing website against my client's website shows an obvious and intentional infringement. My office sent legalcpu.com a cease and desist email on July 24, 2008 with a demand that they stop their infringement. The deadline for legalcpu.com to take action has passed with no compliance. Legalcpu.com's recent infringement is intended to cause confusion among customer and will cause my client financial harm.

This email constitutes a demand under your Acceptable Use Policy, section "Offensive Content" to suspend or terminate legalcpu.com's services for its intentional infringement on my client's copyright and intellectual property rights.

If you have any questions, please do not hesitate to contact me.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Henrik Mosesi, Esq.
Law Office of Henrik Mosesi
360 East Olive Avenue
Burbank, CA 91502
Tel:  (818) 551-9600
Fax:  (818) 450-0932
Web:  mosesi.com

Exhibit D