O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-1867 AHM (JTLx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | LEGALJIFFY.COM, INC. v. LEGALCPU.COM, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |// 
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On March 18, 2009, Plaintiff LegalJiffy.com filed a Complaint alleging claims of copyright infringement, trade dress infringement, and unfair business practices. Later that day, the Deputy Clerk of this district issued a notice stating that

> Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 18 U.S.C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing the complaint, provide the Clerk with an original and . . . four (4) copies of the required notice (AO 121) in copyright matters. . . . Please complete the enclosed form(s) and return to [the Clerk] . . . within ten (10) days.

Docket No. 3. The deputy clerk attached the required form of notice.

Plaintiff has still not filed the required notice. The Court thus ORDERS Plaintiff to SHOW CAUSE why it should not be fined $200 for failure to submit the form. This Order will be automatically discharged if Plaintiff files the required form on or before April 17, 2009.

|  | : |
|---|---|
| Initials of Preparer | SMO |