LAW OFFICES OF HENRIK MOSESI
HENRIK MOSESI ESQ. (SBN 189672)
360 EAST OLIVE AVENUE
BURBANK, CALIFORNIA 91502
Telephone: 818-551-9600
Facsimile: 888-667-5482

Attorney for Plaintiff
LEGALJIFFY.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALJIFFY.COM, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LEGALCPU.COM, INC. a California Corporation,<br><br>Defendant. | Case No.: CV09-1867 AHM (JTLx)<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated:   November 19, 2009

Law Office of Henrik Mosesi

By: _____
Henrik Mosesi, Esq.
Attorney for LegalJiffy.com, Inc.

-1-

**REQUEST FOR VOLUNTARY DIMISSAL**